IN THE SUPREME COURT OF THE STATE OF NEVADA

THOMAS LAMAR COTTON,
                    Appellant,
          vs.
THE STATE OF NEVADA,
                    Respondent.

No. 76885

FILED

FEB 13 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

THOMAS LAMAR COTTON,
                    Appellant,
          vs.
THE STATE OF NEVADA,
                    Respondent.

No. 77994

*ORDER DISMISSING APPEAL IN DOCKET NO. 76885*

These are both direct appeals from a judgment of conviction pursuant to NRAP 4(c) and *Lozada v. State*, 110 Nev. 349, 871 P.2d 944, 949 (1994). Eighth Judicial District Court, Clark County; Tierra Danielle Jones, Judge.

Respondent has moved to dismiss the appeal in Docket No. 76885 on procedural grounds because the notice of appeal was filed by counsel for appellant rather than by the district court clerk as anticipated by NRAP 4(c) and because an order had not been entered by the district court.[1]

On January 24, 2019, the district court filed a certified copy of its findings of fact, conclusions of law and order granting appellant's petition for a writ of habeas corpus. In addition, on January 29, 2019, this court docketed the notice of appeal from the district court's order, filed by

___

[1]Cause appearing, appellant's motion for an extension of time is granted. The clerk of the court shall file appellant's opposition received via e-flex on November 1, 2018, in Docket No. 76885.

SUPREME COURT
OF
NEVADA

(O) 1947A

19-06801

the district court clerk pursuant to NRAP 4(c), in Docket No. 77994. Accordingly, this court grants the motion to dismiss Docket No. 76885, and appellant's appeal shall proceed in Docket No. 77994.

It is so ORDERED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Silver

cc:     Hon. Tierra Danielle Jones, District Judge
        Nevada Appeal Group, LLC
        Attorney General/Carson City
        Clark County District Attorney
        Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A